**UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**

**Thurgood Marshall U.S. Courthouse 40 Foley Square, New York, NY 10007 Telephone: 212-857-8500**

**MOTION INFORMATION STATEMENT**

**Docket Number(s):** 25-1505

Caption [use short title]

**Motion for:** Adjournment

United States of America,

Appellee,

- v. -

Jason Galanis,

Defendant-Appellant

Set forth below precise, complete statement of relief sought:

Adjournment of scheduled argument by at least ten days.

**MOVING PARTY:** United States of America

**OPPOSING PARTY:** Jason Galanis

☐ Plaintiff ☐ Defendant

☐ Appellant/Petitioner ☒ Appellee/Respondent

**MOVING ATTORNEY:** James M. McDonald, U.S. Attorney, Southern District of New York

**OPPOSING ATTORNEY:** Marc Agnifilo

[name of attorney, with firm, address, phone number and e-mail]

By: Mitzi Steiner, Assistant U.S. Attorney
26 Federal Plaza, 38th Floor, New York, NY 10278
Email: mitzi.steiner@usdoj.gov; Tel: (212) 637-2284

Agnifilo Intrater LLP
140 Broadway New York, NY 10005
Email: marc@agilawgroup.com; Tel: 646-205-4350

Court- Judge/ Agency appealed from: Hon. P. Kevin Castel, United States District Judge, Southern District of New York

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☒ Yes ☐ No (explain):

Opposing counsel's position on motion:
☒ Unopposed ☐ Opposed ☐ Don't Know

Does opposing counsel intend to file a response:
☐ Yes ☑ No ☐ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**

Has this request for relief been made below? ☐ Yes ☐ No

Has this relief been previously sought in this court? ☐ Yes ☒ No

Requested return date and explanation of emergency:

Is the oral argument on motion requested? ☐ Yes ☒ No (requests for oral argument will not necessarily be granted)

Has the appeal argument date been set? ☒ Yes ☐ No If yes, enter date: November 13, 2026

**Signature of Moving Attorney:**

MITZI STEINER Digitally signed by MITZI STEINER Date: 2026.11.10 11:21:07 -05'00'

**Date:** 11/10/2026

Service : ☒ Electronic ☐ Other [Attach proof of service]

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| *Appellee*, | : | **AFFIRMATION** |
| - v.- | : | No. 25-1505 |
| JASON GALANIS, | : | |
| *Defendant-Appellant*. | : | |

| | | |
|---|---|---|
| STATE OF NEW YORK | ) | |
| COUNTY OF NEW YORK | : | ss.: |
| SOUTHERN DISTRICT OF NEW YORK | ) | |

MITZI S. STEINER, pursuant to 28 U.S.C. § 1746, hereby affirms under penalty of perjury:

1. I am an Assistant United States Attorney in the Office of the United States Attorney for the Southern District of New York, and as of this morning I am the attorney with principal responsibility for the above-captioned appeal. I respectfully submit this affirmation in support of the Government's motion for a brief adjournment of oral argument in this appeal, currently scheduled for Friday, November 13, 2026. Defendant-appellant Jason Galanis consents, through counsel, to this motion.

2. Yesterday evening, November 9, 2026, it was determined that the Assistant United States Attorney who was previously assigned to argue this appeal must recuse from the case. Responsibility for the argument has been transferred to the undersigned, but I have had no previous involvement in this case and will not be able to sufficiently familiarize myself with the record and governing law and prepare for argument in only three days.

3. Accordingly, with apologies for any resulting inconvenience, the Government respectfully requests that oral argument be adjourned for at least ten days to permit the undersigned sufficient time to prepare for argument.

4. Counsel for Galanis consents to this request. Galanis's counsel is available for argument on November 24, November 30, December 1 through December 4, December 21, and December 22, and Government counsel is available for argument on any of those dates. If argument is to be adjourned beyond December 23, 2026, the parties can provide further availability at the Court's request.

WHEREFORE, the Government respectfully requests that oral argument in this appeal be adjourned for at least ten days.

Dated: New York, New York
November 10, 2026

Mitzi S. Steiner
Assistant United States Attorney
Telephone: (212) 637-2284

## CERTIFICATE OF COMPLIANCE

Pursuant to Federal Rule of Appellate Procedure 32(g), the undersigned counsel hereby certifies that this motion complies with the type-volume limitation of the Federal Rules of Appellate Procedure. As measured by the word processing system used to prepare this motion, there are 273 words in this motion.

JAMES M. MCDONALD
United States Attorney for the
Southern District of New York

By: __/s________________________
Mitzi S. Steiner
Assistant United States Attorney
(212) 637-2284